**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Alfred A. Arraj United States Courthouse Annex
901 19th Street, A1041
Denver, Colorado 80294
(303) 335-2350

**ROBERT E. BLACKBURN**
United States District Judge

# MEMORANDUM

**TO:**        Jeffrey P. Colwell, Clerk

**FROM:**    Judge Robert E. Blackburn

**DATE:**    December 18, 2018

**RE:**        Civil Action No.  18-cv-03242
              CNR Operations LLC et al v. JBC Whitewater LLC et al

    Exercising my prerogative as a Senior Judge, I request that this criminal action be reassigned.