IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 18-cv-03242-CMA-KLM

CNR OPERATIONS LLC, and
CESWD 1 LLC,

    Plaintiffs,

v.

BEN DOUD,
PETER BENZ, and
JERRY BANTA,

    Defendants.

---

## ORDER DISMISSING CLAIMS AGAINST REMAINING DEFENDANTS
## WITH PREJUDICE AND CLOSING CASE

---

    Upon consideration of Plaintiffs CNR Operations, LLC and CESWD 1, LLC's Notice of Voluntary Dismissal of Remaining Defendants with Prejudice (Doc. # 52), all of Plaintiffs CNR Operations, LLC and CESWD 1, LLC's claims against Ben Doud, Peter Benz, and Jerry Banta are hereby dismissed WITH PREJUDICE. It is

    FURTHER ORDERED that because this dismissal disposes of all pending claims, the above captioned case is hereby closed.

    DATED: May 15, 2019

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge